THE HON. TANA LIN
TRIAL DATE: 05/17/2027

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JEREMIAH CROKE, individually,<br><br>                              Plaintiff,<br><br>          vs.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>                              Defendant. | No. 2:25-cv-2681-TL<br><br>STIPULATED MOTION AND ~~(PROPOSED)~~ ORDER OF DISMISSAL<br><br>Note for:  05/21/2026 |

<u>STIPULATION</u>

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs, with each party to bear their own attorneys fees and other litigation expenses.

DATED this 21st day of May, 2026.

<u>*s/ Richard S. Aguire*</u> (per electronic authorization)
Richard S. Aguire, WSBA #49534
PENDERGAST LAW
555 S Renton Village Place, Ste. 640
Renton, WA 98057-3286
425-228-3860 T | 425-226-4988 F
richard@pendergastlaw.com
Attorneys for Plaintiff

STIPULATED MOTION AND ~~(PROPOSED)~~
ORDER OF DISMISSAL (Cause No. 2:25-cv-2681-TL) – 1
LSW6852.031/4905-5729-6551 v.1



WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

*s/ Lesli S. Wood*
Lesli S. Wood, WSBA# 36643
Kyle W.N. Barry, WSBA #58739
WILSON SMITH COCHRAN DICKERSON
1000 Second Ave., Suite 2050
Seattle, WA 98104
206-623-4100 T | 206-623-9273 F
wood@wscd.com | barry@wscd.com
Attorneys for Defendant

(STIPULATED) ORDER OF DISMISSAL

Based on the above stipulation, IT IS SO ORDERED.

DATED this 22nd day of May, 2026.

_____
United States District Judge

STIPULATED MOTION AND (PROPOSED)
ORDER OF DISMISSAL (Cause No. 2:25-cv-
2681-TL) – 2
LSW6852.031/4905-5729-6551 v.1

WILSON
SMITH
COCHRAN
DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273